# IN THE SUPREME COURT OF THE STATE OF NEVADA

PERRY TRACELL OWENS, JR.,
                  Appellant,
        vs.
THE STATE OF NEVADA,
                  Respondent.

No. 70782

**FILED**

MAR 03 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY ___S. Young___
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is an appeal from a judgment of conviction. Eighth Judicial District Court, Clark County; Richard Scotti, Judge.

Appellant has submitted a notice of voluntary withdrawal of this appeal. NRAP 4(b)(6). Counsel for appellant asserts that he has informed appellant of the legal effects and consequences of voluntarily withdrawing his appeal, including that he cannot hereafter seek to reinstate this appeal, and that any issues that were or could have been brought in this appeal are forever waived. Having been so informed, appellant moves to voluntarily dismiss this appeal. Cause appearing, we

ORDER this appeal DISMISSED.[1]

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Stiglich

---

[1]Because no remittitur will issue in this matter, *see* NRAP 42(b), the one-year period for filing a post-conviction habeas corpus petition under NRS 34.726(1) shall commence to run from the date of this order.

17- 07308

cc: Hon. Richard Scotti, District Judge
Spencer M. Judd
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk